No. 773. DAROCA *v.* METROPOLITAN LIFE INSURANCE CO. ET AL. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Michael M. Irwin* for petitioner.

No. 762. LEAVER *v.* CITIZENS NATIONAL TRUST & SAVINGS BANK OF RIVERSIDE ET AL. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles E. Riordon* and *C. Russell Riordon* for petitioner. *Messrs. Herbert W. Clark, Roland C. Foerster, Allan P. Matthew, Edwin S. Pillsbury, Ross O. Hinkle,* and *Boice Gross* for respondents.

No. 777. MCLAUGHLIN LAND & LIVESTOCK CO. *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George Thomas Davis* for petitioner. *Mr. Herbert W. Erskine* for respondent.

No. 778. MCREYNOLDS *v.* NEW YORK LIFE INSURANCE CO. January 5, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Kendall B. Randolph* for petitioner. *Messrs. Richard S. Righter* and *Horace F. Blackwell, Jr.* for respondent.

No. 797. MISSOURI *v.* ST. LOUIS UNION TRUST CO. ET AL. January 5, 1942. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Roy McKittrick,* Attorney General of Missouri, for petitioner. *Messrs. Daniel N. Kirby, Allen C. Orrick,* and *Harry W. Kroeger* for respondents.